**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.: 1:24-cv-02641-JMC** |
| **JOHNS HOPKINS HEALTH SYSTEM CORPORATION** **600 N. Wolfe St.** **Baltimore, MD 21287** | |
| **Defendant.** | |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff United States of America and Defendant Johns Hopkins Health System Corporation (Johns Hopkins) jointly move the Court to approve and enter the Consent Decree ("Decree"), attached as Exhibit 1, resolving the above-captioned case.  This Motion is made and supported by the attached Memorandum.

1

**FOR THE UNITED STATES OF AMERICA:**

DATED: <u>9/12/24</u>

| | |
|---|---|
| EREK L. BARRON<br>United States Attorney | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| <u>*/s/ Sarah Marquardt*</u><br>SARAH MARQUARDT  (No. 17429)<br>Assistant United States Attorney<br>District of Maryland<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201<br>Telephone:  410-209-4801<br>Email:  sarah.marquardt@usdoj.gov | REBECCA B. BOND<br>Chief<br>AMANDA MAISELS<br>Deputy Chief<br><br><u>*/s/ Stephanie Berger*</u><br>STEPHANIE M. BERGER<br>Trial Attorney<br>Disability Rights Section<br>Civil Rights Division<br>United States Department of Justice<br>4 Constitution Square<br>150 M Street, NE<br>Washington, DC 20002<br>Telephone: 202-307-0663<br>Email:  stephanie.berger@usdoj.gov<br><br>*Counsel for the United States of America* |

**FOR JOHNS HOPKINS HEALTH SYSTEM CORPORATION:**


DATED: <u>September 12, 2024</u>

<u>/s/ Steven D. Frenkil</u>
STEVEN D. FRENKIL (No. 00087)
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 727-6464
Email: sfrenkil@milesstockbridge.com


<u>/s/ Elisabeth K. Hall</u>
ELISABETH K. HALL (No. 18734)
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Telephone: (410) 727-6464
Email: ehall@milesstockbridge.com

*Counsel for Johns Hopkins Health System Corporation*