IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNS HOPKINS HEALTH SYSTEM CORPORATION<br><br>    Defendant. | Civil Action No.: 1:24-cv-02641-RDB |

## **REQUEST FOR STATUS CONFERENCE**

1. On September 12, 2024, the United States of America filed suit against Johns Hopkins Health System Corporation ("Johns Hopkins") to enforce Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 1281-89, as amended, and its implementing regulation, 28 C.F.R. pt. 36. ECF No. 1.

2. That same day, Plaintiff United States of America and Johns Hopkins filed a Joint Motion for Entry of Consent Decree. ECF Nos. 2-3.

3. The Consent Decree, if approved and entered by the Court, resolves all claims raised by the Complaint in this action. The Decree provides for both monetary and non-monetary injunctive relief during its two-year term. Under the terms of the Decree, Johns Hopkins will, among other things:

    a. Pay One Hundred Fifty Thousand Dollars ($150,000) to compensate multiple affected individuals;

    b. Update its support person policies to ensure compliance with the ADA;

    c. Transmit regular reporting to the United States at the time specified in the Consent

>Decree on any future complaints during the term of the Consent Decree regarding requests for support persons at Johns Hopkins facilities.

ECF No. 2.2.

4. Since these filings, the parties have worked cooperatively together, including Johns Hopkins working with the United States to update its support persons policies to ensure compliance with the ADA.

5. To date, this Court has not yet signed off on the parties' Joint Motion for Entry of Consent Decree.

6. Should the Court have any questions regarding this Joint Motion, the United States would welcome the opportunity to hold a status conference to address any inquiries this Court may have.

**Respectfully submitted,**

DATED: 12/18/2024

| | |
|---|---|
| EREK L. BARRON<br>United States Attorney<br><br>*/s/ Sarah Marquardt*<br>Sarah Marquardt  (No. 17429)<br>Assistant United States Attorney<br>District of Maryland<br>36 S. Charles Street, 4th Floor<br>Baltimore, MD 21201<br>Telephone:  410-209-4801<br>Email:  sarah.marquardt@usdoj.gov | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>REBECCA B. BOND<br>Chief<br>AMANDA MAISELS<br>Deputy Chief<br><br>*/s/ Stephanie Berger*<br>STEPHANIE M. BERGER<br>Trial Attorney<br>Disability Rights Section<br>Civil Rights Division<br>United States Department of Justice<br>4 Constitution Square<br>150 M Street, NE<br>Washington, DC 20002<br>Telephone: 202-307-0663<br>Email:  stephanie.berger@usdoj.gov<br><br>*Counsel for the United States of America* |